UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING CONFIRMATION HEARING**

CASE NO.   A17-72262-BEM           ELLIS-MONRO, JUDGE
DEBTOR(S): SONYA H. LAWRENCE       DATE:  MARCH 13, 2018

SONYA M. BUCKLEY TO REPORT BACK IN 10 DAYS

WHETHER DEBTOR'S PLAN PAYMENTS CURRENT.

THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

RECOMMENDS AGAINST CONFIRMATION BECAUSE:
DEBTOR'S PLAN PAYMENTS REMAIN DELINQUENT.
PLEASE ENTER AN ORDER OF DISMISSAL.

March 28, 2018

_____/s_____
Sonya M. Buckley, Esq.
for Chapter 13 Trustee
GA. Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303-1740
404-525-1110

CERTIFICATE OF SERVICE

This is to certify that I have this day served

DEBTOR(S):

SONYA H. LAWRENCE
578 WARREN AVE
SCOTTDALE, GA 30079

ATTORNEY FOR DEBTOR(S):

CLARK & WASHINGTON
3300 NORTHEAST EXPRESSWAY
BLDG 3, STE A
ATLANTA, GA 30341

in the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 5th day of April, 2018

/s/
Sonya M. Buckley, Esq.
for Chapter 13 Trustee
GA. Bar No. 140987

Mary Ida Townson, Chapter 13 Trustee
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303-1740
404-525-1110